IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



UNITED STATES OF AMERICA

VS.   CASE NO 4:13CR00329-16 BSM

Deloricko Prewitt

### CLERK MINUTE

DATE: 10/14/2013
HEARING TYPE: Detention / Defendant's Motion for Bond Hearing
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Julie Peters
DEFENSE COUNSEL: Omar Greene
U. S. PROBATION OFFICER: Cydna Stubbs, Dorala Harman
COURT BEGAN: 2:35 p.m. - 4:10 p.m. 4:15 p.m. - 4:30 p.

Gov't relys on presumption. Defendant calls first witness: Direct-Exam of Dft Wit I; Cross-Exam of Dft Wit I; Cross-exam of Dft Wit II, Cross-exam of Dft Wit II; Dft Wit III Direct-exam; Cross-exam of Dft Wit III; Re-Direct Exam of Dft Wit III; Direct-Exam of Dft Wit IV; Cross-exam of Dft Wit IV. G-1, pretrial services report marked and admitted into evidence; Direct Exam of Gov't's Wit I, Cross-Exam of Gov'ts Wit I, Direct-exam of Gov't Wit II; cross-exam of Gov't Wit II. Defendant shall be detained and is remanded to custody of USM.

COURT ADJOURNED: 4:30 p.m.

ECRO/CRD: Kathy Swanson